**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**DONALD McCARTHY and CHRISTA
McCARTHY, his wife,**

     **Plaintiffs,**

v.                                                                                    **CASE NO. 3:05-cv-875-J-16TEM**

**KINDRED HOSPITALS EAST, L.L.C.,**
doing business as Kindred Hospital -
North Florida,

     **Defendant.**
_____/

**O R D E R STAYING ACTION**

     Before this Court is the <u>Joint Motion to Stay/Abate Pursuant to Parties' Agreement to Re-Open Pre-Suit Proceedings Pursuant to Fla. Stat. § 766.206</u> (Dkt #8 ) filed October 18, 2005. After a review of the file and upon due consideration**,** it is hereby

     **ORDERED and ADJUDGED** that the Motion to Stay is **GRANTED** and this case is hereby stayed as to all parties in interest. The pre-suit examination and investigation period for this case shall be re-opened for sixty-five (65) days from the date of this Order. After sixty (60) of the aforementioned days have elapsed, the Defendant shall have five (5) days within which to offer to settle the claim or deny the claim as is contemplated in Fla. Stat § 766.106(3)(b). Should the Defendant deny the claim, within five (5) days from the denial, the parties are ordered to notify the Court to have the stay lifted and proceed accordingly. Conversely, should the case settle, the parties shall notify the Court within five (5) days of settlement and the case will be dismissed.

     Additionally, as agreed to by the parties, all applicable statues of limitations shall be tolled

during this sixty-five (65) days period.  The Motion to Dismiss (Doc. #5) filed September 19, 2005 to which a response was filed (Doc. #7) on October 5, 2005 will be tabled during this period.

      **DONE AND ORDERED** in Chambers at Jacksonville, Florida this 21st day of October, 2005.

**Copies to:**    Counsel of Record

JOHN H. MOORE II
United States District Judge